**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DUANE COOPER,**                                    )
                                                     )
                              **Plaintiff,**         )
                                                     )
**vs.**                                              )        **CIVIL NO. 09-190-GPM**
                                                     )
**JERRY DeVORE,** *et al.*,                          )
                                                     )
                              **Defendants.**        )

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following

decision was reached:

**IT IS ORDERED** that Plaintiff Duane Cooper shall recover nothing, and the action be

**DISMISSED on the merits**.

**DATED**:  06/26/09

                                        JUSTINE FLANAGAN, ACTING CLERK


                                        By:  s/ Linda M. McGovern_____
                                                     Deputy Clerk



APPROVED: s/ *G. Patrick Murphy*_____
                  G. Patrick Murphy
                  United States District Judge